**IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Lisa Brewer,<br><br>    Plaintiff,<br><br>v.<br><br>Affinity Development Group,<br><br>    Defendants. | No. 1:21-cv-06580 |

**AGREED STIPULATION FOR DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff- Lisa Brewer and Affinity Development Group, through their respective attorneys, hereby jointly stipulate to the dismissal of this action, with prejudice.

/s/Michael Haeberle
Michael Haeberle
Patterson Law Firm, LLC
200 N Monroe St., Suite 2025
Chicago, IL 60606
mhaeberle@pattersonlawfirm.com
Ph.: 312.223.1699

/s/ Richard Daniels
Richard Daniels
Gordon & Rees
1 N Franklin St, Ste 800
Chicago, IL 60606
rdaniels@grsm.com

1